UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS JAVIER ESCOBAR
VILLATORO,

    Petitioner,

v.      Case No: 8:15-cv-1134-T-36TBM

ELEXIS MARTINEZ FIGUEREDO,

    Respondent.
_____/

# **ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on September 10, 2015 (Doc. 42). In the Report and Recommendation, Magistrate Judge McCoun recommends that the Court grant in part Petitioner's Motion for Taxation of Costs (Doc. 40). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed, and the time to do so has expired.

Upon careful consideration of the Report and Recommendation of the Magistrate Judge, and in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (Doc. 42) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Petitioner's Motion for Taxation of Costs (Doc. 40) is **GRANTED, in part**.

      3.      Petitioner Carlos Javier Escobar Villatoro is awarded a total of **$1,646.45** in costs and necessary expenses. The Clerk is directed to enter judgment in favor of Petitioner Carlos Javier Escobar Villatoro and against Respondent Elexis Martinez Figueredo as to fees and costs in the amount of **$1,646.45**.

**DONE AND ORDERED** in Tampa, Florida on October 16, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Magistrate Judge Thomas B. McCoun III
Counsel of Record and Unrepresented Parties, if any